## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

**EDWARD ALLAN WATTS**                                                                           **PLAINTIFF**

**V.**                                    **CASE NO. 2:25-CV-2110**

**UNITED STATES COURTS and**
**THE DEPARTMENT OF JUSTICE**
**OFFICE OF THE INSPECTOR GENERAL**                                          **DEFENDANTS**

### ORDER

On October 8, 2025, the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, performed an initial screening of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2) and issued a Report and Recommendation ("R&R") (Doc. 5), finding that the Complaint was devoid of any cognizable claims and should be dismissed. On October 14, 2025, Plaintiff filed an Objection (Doc. 6), arguing only that the Magistrate Judge lacked authority to issue an R&R. Mr. Watts is incorrect: The Court referred the Motion for Leave to Proceed In Forma Pauperis and Motion for Service (Doc. 3) to the Magistrate Judge on September 16, 2025. Nevertheless, the Court reviewed the Complaint *de novo* and agrees with the R&R that no claims are stated.

Accordingly, **IT IS ORDERED** that the Objection is **OVERRULED**; the R&R is **ADOPTED IN ITS ENTIRETY**; the Complaint is **DISMISSED WITHOUT PREJUDICE**; and the Motion (Doc. 3) is **MOOT**.

**IT IS SO ORDERED** on this 15th day of October, 2025.

  */s/ Timothy L. Brooks*
  TIMOTHY L. BROOKS
  CHIEF UNITED STATES DISTRICT JUDGE